# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROMOCELLY DAMASCUS,

    Plaintiff,

v.                                       Case No. 3:21-cv-941-TJC-MCR

KESHIA BURTON, Assistant Chief
Jacksonville Sheriff, MIKE
WILLIAMS, Chief Jacksonville
Sheriff, SOLOMON, Patrol Officer,
LEANNA CUMBER, City
Councilwoman, JOYCE MORGAN,
and SAMUEL NEWBY,

    Defendants.

## **O R D E R**

    This case has come before the Court many times, most recently because Plaintiff has failed to comply with several of United States Magistrate Judge Monte C. Richardson's Orders. (Docs. 12, 13, 16). On June 8, 2022, Judge Richardson issued a Report and Recommendation (Doc. 17) recommending that the case be dismissed without prejudice because of Plaintiff's repeated failure to comply with the Court's orders. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28

U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 17), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED without prejudice**.

3. The Clerk is directed to terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 5th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff (by mail and email)